

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUCIUS U. AKUCHIE, | ' | No. 08-21-00073-CV |
| Appellant, | ' | Appeal from the |
| v. | ' | 240th Judicial District Court |
| | ' | |
| HUNTERS GREEN HOMEOWNERS ASSOCIATION, | ' | of Fort Bend County, Texas |
| | ' | (TC#17-DCV-241422) |
| Appellee. | ' | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.

On June 20, 2023, the Court instructed the parties to file a status report regarding this appeal due to the closing of the related bankruptcy case. Appellee was informed through its counsel, and Appellant was informed both directly and through his counsel, that failure to submit a status report including any reason why this appeal should not be dismissed within ten days would result in dismissal of this appeal for want of prosecution.

1

To date, the Court has not received a response. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c) (providing for dismissal for want of prosecution following ten days' notice and for appellant's failure to comply with a requirement within a specified time, respectively). We further grant Appellant's counsel's pending motion to withdraw.


LISA J. SOTO, Justice

July 25, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

2